1  STEPHANIE P. ALEXANDER  (SBN:  205701)
   DOUGLAS VANBLARCOM (SBN:179611)
2  GORDON & REES LLP
   2211 Michelson Drive Suite 400
3  Irvine, CA 92612
   Telephone:  (949) 255-6950
4  Facsimile:  (949) 474-2060

5  Attorney for Plaintiff
   INTERCARD PAYMENTS, INC. DBA US TAX SHIELD
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | INTERCARD PAYMENTS, INC., a          | CASE NO.
   | California corporation, dba as US TAX |
12 | SHIELD,                               | **COMPLAINT FOR FEDERAL**
   |                                       | **TRADEMARK INFRINGEMENT**
13 |                    Plaintiff,         | **AND UNFAIR COMPETITION;**
   |                                       | **UNFAIR COMPETITION**
14 |     vs.                               | **UNDER CAL. BUS. & PROF.**
   |                                       | **CODE § 17200 ET SEQ.; AND**
15 | TAX SHIELD PLUS, LLC, and DOES        | **CALIFORNIA COMMON LAW**
   | 1 through 10, inclusive,              | **TRADEMARK INFRINGEMENT**
16 |                                       | **AND UNFAIR COMPETITION**
   |                    Defendants.        |
17 |                                       | **JURY TRIAL DEMANDED**

18

19

20      Plaintiff, Intercard Payments, Inc. ("Intercard"), doing business as US Tax

21 Shield, for its complaint against Tax Shield Plus, LLC and Does 1-10 (collectively

22 and individually referred to as "Defendants"), alleges as follows:

23                        <u>**THE PARTIES**</u>

24      1.      Intercard is a corporation organized and existing under the laws of the

25 State of California, having its principal place of business at 6300 Canoga Ave,

26 Suite 1700, Woodland Hills, CA 91367. Intercard owns the U.S. trademark

27 registration for the "US Tax Shield" name.

28 ///

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

1    2.    Intercard is informed and believes, and thereon alleges, that

2  Defendant Tax Shield Plus, LLC, is a California Limited Liability Company

3  having its principal place of business at 18321 Ventura Blvd #150, Tarzana, CA

4  91356.

5    3.    Intercard is ignorant of the true names and capacities of the

6  defendants sued in this Complaint as Does 1 through 10, inclusive, and therefore

7  sues these defendants by such fictitious names. Intercard will amend this

8  Complaint to allege the true names and capacities of the Doe defendants when

9  ascertained. Each of the fictitiously named defendants is responsible in some

10  manner for the conduct alleged in this Complaint, and Intercard's damages are

11  actually and proximately caused by the conduct of such defendants.

## JURISDICTION AND VENUE

13    4.    This Court has original subject matter jurisdiction over Intercard's

14  Lanham Act claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1331 and

15  1338(a).

16    5.    The Court has supplemental jurisdiction over the claims in this

17  Complaint which arise under state statutory and common law pursuant to 28

18  U.S.C. § 1367(a) because the state law claims are so related to the federal claims

19  that they form part of the same case or controversy and derive from a common

20  nucleus of operative facts.

21    6.    This Court has personal jurisdiction over the Defendants because Tax

22  Shield Plus, LLC, and, on information and belief, the Doe Defendants, maintain its

23  principal place of business in the State of California.

24    7.    Venue is proper in this Judicial District pursuant to 28 U.S.C.

25  §1391(b) and (c) because Defendant Tax Shield Plus, LLC, resides in this judicial

26  district and because the Doe Defendants are subject to personal jurisdiction in this

27  district.

28  ///

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

1

## FACTS COMMON TO ALL CAUSES OF ACTION

2   8.   Intercard is in the business of providing various tax related services

3   across the United States. It provides IRS and other tax debt resolution services and

4   tax preparation services.

5   9.   Intercard is the lawful owner of US Registration Number 3824582,

6   registered July 27, 2010, for the "US Tax Shield" name. A copy of the trademark

7   registration is attached as "Exhibit A."

8   10.   Intercard has been using the name "US Tax Shield" to identify its

9   services since 2009. It uses the name and mark to advertise nationally for its debt

10   resolution and other tax related services.

11   11.   The "US Tax Shield" trademark and the goodwill associated with it

12   have become valuable assets to Intercard.

13   12.   Defendant Tax Shield Plus is a California Limited Liability Company

14   filed on June 3, 2016.

15   13.   Upon information and belief, Defendants are the owner of the domain

16   name "taxshieldplus.com," which is used by the Defendants to advertise their

17   services.

18   14.   Defendants are in the business of providing IRS and other tax debt

19   resolution services and tax preparation services. As such, Defendants offer services

20   that are similar and in many cases identical to those offered by Intercard.

21   15.   On July 20, 2016, Intercard sent the defendants a letter informing

22   them of its ownership of the trademark "US Tax Shield," with a copy of the

23   trademark registration information enclosed. Intercard informed the defendants that

24   they were infringing upon this trademark, and asked them to cease the use of the

25   name "Tax Shield Plus" in all respects, including removal of the website

26   www.taxhieldplus.com and all advertising materials using the name. A copy of this

27   letter is attached as "Exhibit B." The defendants did not respond to this letter.

28   ///

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

16.     On September 21, 2016, Intercard sent the defendants a second letter asking them to cease the use of the name "Tax Shield Plus" in all respects, including removal of the website www.taxhieldplus.com and all advertising materials using the name. A copy of this letter is attached as "Exhibit C." As before, the defendants did not respond to this letter.

15.     Upon information and belief, Defendants have continued the operation of the taxhieldplus.com website to advertise their services, even though they have received notice of Intercard's ownership of the "US Tax Shield" mark.

## FIRST CAUSE OF ACTION

(Federal Trademark Infringement)

(15 U.S.C. § 1114)

16.     Intercard repeats and realleges the preceding paragraphs as though fully set forth herein.

17.     Intercard is in the business of providing various tax related services across the United States under the name "US Tax Shield". This mark is lawfully owned by Intercard under US Registration Number 3824582, registered July 27, 2010 and attached as Exhibit "A."

18.     After Intercard's adoption and use of the name "US Tax Shield" to provide tax related services, Defendants have adopted and used in commerce a confusingly similar name, "Tax Shield Plus", without Intercard's consent in connection with the promotion, marketing, advertising, and/or delivery of tax related services in a manner that is likely to cause confusion, or to cause mistake, or to deceive in violation of 15 U.S.C. § 1114.

19.     Intercard is informed and believes, and thereon alleges, that Defendants adopted and used in commerce the name "Tax Shield Plus" with knowledge of Intercard's ownership and prior use of the "US Tax Shield" mark, and with the intent to unfairly compete with Intercard, to trade upon Intercard's reputation and goodwill by causing confusion and mistake among customers and

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

1 the public, and to deceive the public into believing that Defendants' services are

2 associated with, sponsored by, originate from, or are approved by Intercard, when

3 they are not.

4     20.    Intercard is informed and believes, and thereon alleges, that

5 Defendants have derived and received, and will continue to derive and receive,

6 gains, profits, and advantages from their infringement on the "US Tax Shield"

7 mark in an amount that is not precisely known to Intercard. By reason of

8 Defendants' use of the name "Tax Shield Plus", Intercard has been damaged and is

9 entitled to monetary relief in an amount to be determined at trial.

10     21.    Defendants' infringing activities have caused and, unless enjoined by

11 this Court, will continue to cause, irreparable injury and other damages to

12 Intercard, its business, its reputation and goodwill because Intercard has no

13 adequate remedy at law.

### SECOND CAUSE OF ACTION

(Federal Unfair Competition)

(15 U.S.C. § 1125(a))

17     22.    Intercard repeats and realleges the preceding paragraphs as though

18 fully set forth herein.

19     23.    Defendants' use of the mark "Tax Shield Plus" in connection with the

20 delivery and advertisement of tax related services is likely to cause confusion,

21 mistake, or deception as to the affiliation, connection, or association of defendants

22 and their service with Intercard's, or as to the origin, sponsorship, or approval of

23 defendants and their service in violation of 15 U.S.C. § 1125(a)(1).

24     24.    Intercard is informed and believes, and thereon alleges, that

25 Defendants adopted and used in commerce the name "Tax Shield Plus" with

26 knowledge of Intercard's ownership and prior use of the "US Tax Shield" mark,

27 and with the intent to unfairly compete with Intercard, to trade upon Intercard's

28 reputation and goodwill by causing confusion and mistake among customers and

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

the public, and to deceive the public into believing that Defendants' services are associated with, sponsored by, originate from, or are approved by Intercard, when they are not.

25.     Intercard is informed and believes, and thereon alleges, that Defendants have derived and received, and will continue to derive and receive, gains, profits, and advantages from their infringement on the "US Tax Shield" mark in an amount that is not precisely known to Intercard. By reason of Defendants' use of the name "Tax Shield Plus", Intercard has been damaged and is entitled to monetary relief in an amount to be determined at trial.

26.     Due to Defendants' actions, Intercard has suffered and continues to suffer irreparable injury for which Intercard has no adequate remedy at law.

## THIRD CAUSE OF ACTION

### (California Common Law Trademark Infringement)

27.     Intercard repeats and realleges the preceding paragraphs as though fully set forth herein.

28.     Defendants' acts complained of herein constitute trademark infringement under California common law. Intercard is informed and believes, and thereon alleges, that Defendants' unauthorized use of the name "Tax Shield Plus" is willful and deliberate and committed with the knowledge that such use causes a likelihood of confusion.

29.     Intercard is informed and believes, and thereon alleges, that Defendants have derived and received and will continue to derive and receive, gains, profits and advantages from Defendants' trademark infringement in an amount that is not presently known to Intercard. By reason of Defendants' wrongful acts as alleged in this Complaint, Intercard has been damaged and is entitled to monetary relief in an amount to be determined at trial.

///

///

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

30.     Due to Defendants' trademark infringement, Intercard has suffered and continues to suffer irreparable injury for which Intercard has no adequate remedy at law.

## FOURTH CAUSE OF ACTION

(California Unfair Competition)

32.     Intercard repeats and realleges the preceding paragraphs as though fully set forth herein.

33.     Defendants' acts of trademark infringement complained of herein constitute unfair competition with Intercard under California Business & Professions Code § 17200, et seq. and California common law. Intercard is informed and believes, and thereon alleges, that Defendants have derived and received, and will continue to derive and receive, gains, profits, and advantages from Defendants' unfair competition in an amount that is not presently known to Intercard. By reason of Defendants' wrongful acts as alleged in this Complaint, Intercard has been damaged and is entitled to monetary relief in an amount to be determined at trial.

34.     By their actions, Defendants have injured and violated the rights of Intercard and have irreparably injured Intercard, and such irreparable injury will continue unless Defendants are enjoined by this Court.

## JURY DEMAND

35.     Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Intercard requests a jury trial of all issues that may be tried to a jury in this action.

## PRAYER FOR RELIEF

WHEREFORE, Intercard prays for judgment as follows:

1.     For a preliminary and permanent injunction against Defendants and their agents, employees and others acting in concert with them, from directly or indirectly infringing the "US Tax Shield" mark in any manner, including by using the confusingly similar name "Tax Shield Plus" in connection with the sale, offer

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

for sale, advertising, or promotion of any goods or services. This includes removal of the website www.taxshieldplus.com and all advertising materials using the name "Tax Shield Plus."

2. For actual damages sustained in consequence of Defendants' wrongful conduct, in an amount to be determined at trial.

3. For Defendants' profits, and pre- and post-judgment interest, in an amount to be determined at trial.

4. For treble the amount found as actual damages pursuant to 15 U.S.C. § 1117.

5. For costs of suit including reasonable attorney's fees; and

6. For such other and further relief as the court or arbitrator deems just and proper.

Dated: February 22, 2017

GORDON & REES LLP

By: /s/ Stephanie P. Alexander
Stephanie P. Alexander
Attorney for Intercard
Payments Inc., dba US Tax
Shield

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

1083119/31105910v.1

-8-

COMPLAINT

# EXHIBIT A

Trademark Electronic Search System (TESS)

Page 1 of 2

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 4 03:21:44 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  ( *Use the "Back" button of the Internet Browser to return to TESS*)

# US TAX SHIELD

| | |
|---|---|
| Word Mark | US TAX SHIELD |
| Goods and Services | IC 035. US 100 101 102. G & S: Tax advisory services; Tax lien management services. FIRST USE: 20090916. FIRST USE IN COMMERCE: 20090930 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Trademark Search Facility Classification Code | LETS-2 US Two letters or combinations of multiples of two letters |
| Serial Number | 77891956 |
| Filing Date | December 11, 2009 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | May 11, 2010 |
| Registration Number | 3824582 |
| Registration Date | July 27, 2010 |
| Owner | (REGISTRANT) Intercard Payments, Inc. DBA US Tax Shield CORPORATION CALIFORNIA 17328 Ventura Blvd Suite 169 Encino, CA 91316 CALIFORNIA 91316 |
| Attorney of | Long K Bui |

http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4808:kinipz.2.1

6/4/2015

Trademark Electronic Search System (TESS)

| Record Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "US TAX" APART FROM THE MARK AS SHOWN |
|---|---|
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4808:kinipz.2.1

6/4/2015

# EXHIBIT B

NATHANIEL J. TARVIN
NTARVIN@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
2211 MICHELSON DRIVE
SUITE 400
IRVINE, CA 92612
PHONE: (949) 255-6950
FAX: (949) 474-2060
WWW.GORDONREES.COM

July 20, 2016

**VIA CERTIFIED MAIL**

Nerses Arutunyan
TAX SHIELD PLUS, LLC
1200 Encino Dr.
San Marino, CA 91108

Re:   Demand To Cease And Desist Use Of " Tax Shield Plus" Name

Dear Mr. Arutunyan:

This law firm represents Intercard Payments, Inc. ("Intercard"), which provides nationwide tax resolution services under the name US Tax Shield.  It has come to our attention that you engaging in the same business under the confusingly similar name of Tax Shield Plus, LLC.  This correspondence shall serve as Intercard's demand that you immediately cease and desist from any further use of the name "Tax Shield Plus" in connection with offering or providing tax resolution services anywhere in the United States.

Pursuant to the federal Lanham Act (section 1125 of title 15 of United States Code, subsection (a)):

(1) Any person who, or on connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or devise, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which -

(A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, or

(B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities,

Shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such an act.

**Exhibit B, Page 13**

July 20, 2016
Page 2

  "US Tax Shield" is a registered trademark owned by Intercard.[1]  As such, Intercard has the paramount right to use the name in commerce in connection with tax advisory services and tax lien management services.  Intercard, in fact, has been using the name "US Tax Shield" in interstate commerce since 2009.

  If you cease the use of the name "Tax Shield Plus" in all respects by no later than August 5, 2016 (and that includes removal of the website www.taxshieldplus.com.com and all advertising materials using the name), then Intercard will consider this matter closed.  If, however, you continue to use the name Tax Shield Plus in commerce, Intercard will seek all available remedies under the law, including a lawsuit for disgorgement of profits and injunctive relief.

       Cordially,

       Nathaniel J. Tarvin

NJT:
Enclosure

cc:  Stephanie P. Alexander

---

1083119/23744314v1 [1] A copy of the registration information is enclosed.

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 4 03:21:44 EDT 2015*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# US TAX SHIELD

| | |
|---|---|
| **Word Mark** | US TAX SHIELD |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Tax advisory services; Tax lien management services. FIRST USE: 20090916. FIRST USE IN COMMERCE: 20090930 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETS-2 US Two letters or combinations of multiples of two letters |
| **Serial Number** | 77891956 |
| **Filing Date** | December 11, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 11, 2010 |
| **Registration Number** | 3824582 |
| **Registration Date** | July 27, 2010 |
| **Owner** | (REGISTRANT) Intercard Payments, Inc. DBA US Tax Shield CORPORATION CALIFORNIA 17328 Ventura Blvd Suite 169 Encino, CA 91316 CALIFORNIA 91316 |
| **Attorney of** | Long K Bui |

| Record | |
|---|---|
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "US TAX" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nerses Arutunyan
Tax Shield Plus, LLC
1200 Encino Drive
San Marino, CA 91108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ware _____   ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                  7/22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail        ☐ Express Mail
☐ Registered            ☒ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)     7014 2870 0000 3959 1330

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL© RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .48 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.46 |

SANTA ROSA CA
JUL 20 2016
USPS

Postmark Here

1083119

Sent To   NERSES ARUTUNYAN   TAX Shield
Street & Apt. No. or PO Box No.   1200 Encino Drive
City, State, ZIP+4   San Marino, CA 91108

PS Form 3800, July 2014     See Reverse for Instructions

7014 2870 0000 3959 1330

Exhibit B, Page 17

STEPHANIE P. ALEXANDER
SALEXANDER@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
2211 MICHELSON DRIVE
SUITE 400
IRVINE, CA 92612
PHONE: (949) 255-6950
FAX: (949) 474-2060
WWW.GORDONREES.COM

September 21, 2016

**VIA CERTIFIED MAIL**

Nerses Arutunyan
TAX SHIELD PLUS, LLC
1200 Encino Dr.
San Marino, CA 91108

Re:   **Second Demand To Cease And Desist Use Of " Tax Shield Plus" Name**

Dear Mr. Arutunyan:

This law firm represents Intercard Payments, Inc. ("Intercard"), which provides nationwide tax resolution services under the name US Tax Shield.  You have failed to respond to our July 2016 correspondence and our investigation indicates you continue to engage in the same business as Intercard under the confusingly similar name of Tax Shield Plus, LLC.

This correspondence shall serve as Intercard's second demand that you <u>immediately cease and desist</u> from any further use of the name "Tax Shield Plus" in connection with offering or providing tax resolution services anywhere in the United States.

Pursuant to the federal Lanham Act (section 1125 of title 15 of United States Code, subsection (a)):

(1) Any person who, or on connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or devise, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which -

(A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, or

(B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities,

CALIFORNIA ♦ OREGON ♦ WASHINGTON ♦ NEVADA ♦ ARIZONA ♦ COLORADO ♦ TEXAS ♦ ILLINOIS ♦ MISSOURI ♦ NEW YORK ♦ NEW JERSEY
WASHINGTON D.C. ♦ PENNSYLVANIA ♦ MARYLAND ♦ VIRGINIA ♦ CONNECTICUT ♦ GEORGIA ♦ FLORIDA ♦ SOUTH DAKOTA ♦ NORTH CAROLINA

Exhibit C, Page 19

September 21, 2016
Page 2

Shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such an act.

"US Tax Shield" is a registered trademark owned by Intercard.[1]  As such, Intercard has the paramount right to use the name in commerce in connection with tax advisory services and tax lien management services.  Intercard, in fact, has been using the name "US Tax Shield" in interstate commerce since 2009.

This is the second and final informal demand that you cease and desist from your continuing infringement of Intercard's trademark.  Please immediately remove cease and desist from the use of the name "Tax Shield Plus" by no later than October 5, 2016 (including removal of the website www.taxshieldplus.com.com and all advertising materials using the name).

If you continue to ignore Intercard's demand that you cease and desist from using its intellectual property, Intercard will proceed with a lawsuit seeking disgorgement of profits, injunctive relief, and attorneys fees and costs of suit.

Cordially,

Stephanie P. Alexander

Enclosure

cc:    Celine Abcar

---

083119/23744314v.1[1] A copy of the registration information is enclosed.

Trademark Electronic Search System (TESS)

Page 1 of 2

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Jun 4 03:21:44 EDT 2015

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# US TAX SHIELD

| | |
|---|---|
| Word Mark | US TAX SHIELD |
| Goods and Services | IC 035. US 100 101 102. G & S: Tax advisory services; Tax lien management services. FIRST USE: 20090916. FIRST USE IN COMMERCE: 20090930 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Trademark Search Facility Classification Code | LETS-2 US Two letters or combinations of multiples of two letters |
| Serial Number | 77891956 |
| Filing Date | December 11, 2009 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | May 11, 2010 |
| Registration Number | 3824582 |
| Registration Date | July 27, 2010 |
| Owner | (REGISTRANT) Intercard Payments, Inc. DBA US Tax Shield CORPORATION CALIFORNIA 17328 Ventura Blvd Suite 169 Encino, CA 91316 CALIFORNIA 91316 |
| Attorney of | Long K Bui |

Trademark Electronic Search System (TESS)                    Page 2 of 2

| | |
|---|---|
| **Record Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "US TAX" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4808:kinipz.2.1          6/4/2015

Exhibit C, Page 22



